IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HERBERT CHANCEY,

    Plaintiff,

v.                             CASE NO.: 4:09cv352-SPM/WCS

GADSDEN COUNTY, FLORIDA,

    Defendant.

_____/

### ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Resolution (doc. 20) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 2nd day of June, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge